[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13904

Non-Argument Calendar

_____

DIANA YAZMIN LUGO,

Plaintiff-Appellant,

*versus*

BIRMINGHAM-JEFFERSON COUNTY TRANSIT AUTHORITY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:22-cv-00362-ACA

_____

2                     Opinion of the Court                 23-13904

Before ROSENBAUM, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Diana Lugo appeals from the district court's "sanction judgment entered on October 2, 2023." However, the court did not impose sanctions on Lugo during the October 2 hearing or at any other time. Accordingly, Lugo's notice of appeal fails to designate an existing judgment or order, and we lack jurisdiction over her appeal. *See Bogle v. Orange Cnty. Bd. Of Cnty. Comm'rs*, 162 F.3d 653, 661 (11th Cir. 1998) (noting that a notice of appeal must designate an existing judgment or order, not one that is merely expected or within the appellant's contemplation when the notice of appeal is filed); Fed. R. App. P. 3(c)(1)(B).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.